# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION                MDL NO. 1431
                                                  (MJD/SRN)
This Document Relates to:

**ORDER**

*Curtis Coates, et al., v. Bayer Corp., et al.*   Case No. 03-1175
       *(Plaintiff Vivian Sprock only)*

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 7, 2007. Plaintiff objects to that portion of the Report and Recommendation that recommends Plaintiff's counsel be ordered to pay $542.70 in court reporting fees for the deposition in which Ms. Sprock failed to appear. Plaintiff's counsel argues it did everything possible to notify Ms. Sprock of the deposition, sending numerous letters, making numerous phone calls, and sending the deposition notice by federal express, which delivery was confirmed.

Magistrate Nelson recommended that counsel pay the court reporter fees of $542.70 as counsel did not make any attempt to reschedule the deposition at a time for which they could guarantee Ms.Sprock's appearance. Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Vivian Sprock [Doc. No. 180] is GRANTED;

2. Plaintiff Vivian Sprock's action is DISMISSED WITH PREJUDICE; and

1

3. Plaintiff's counsel is required to pay the sum of $542.70 to Bayer Corporation within 10 days of this Order.

DATED: April 11, 2007.

                                        s / Michael J. Davis
                                        Judge Michael J. Davis
                                        United States District Court Judge